Decided September 8, 2010

## STATE OF CONNECTICUT *v.* GREGORY LAMONT MILLER

The defendant's petition for certification for appeal from the Appellate Court, 121 Conn. App. 775 (AC 30096), is denied.

*Joseph Visone*, special public defender, in support of the petition.

*Nancy L. Walker*, special deputy assistant state's attorney, in opposition.

Decided September 8, 2010